**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58,<br><br>Defendants. | CIVIL ACTION NO.<br>1:13-CV-03159-TWT<br><br>Removed from the Superior Court of Fulton County, Georgia Case No. 2013CV28015 |

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

COME NOW, Defendants America's Wholesale Lender ("AWL"),[1] Mortgage Electronic Registration Systems, Inc. ("MERS"), and The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of

[1] America's Wholesale Lender is a "doing business as" (*i.e.,* "trade" or "assumed") name for Countrywide Home Loans, Inc., and Plaintiffs incorrectly identify America's Wholesale Lender as a Defendant. For purposes of this Memorandum in Support of Motion to Dismiss, however, Defendants shall continue to reference America's Wholesale Lender as a Defendant.

Cwalt, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58 ("BNYM") (collectively, "Defendants"), by and through counsel, and respectfully moves this Court to dismiss Plaintiff Janet Hill's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), for failing to state a claim upon which relief may be granted. In support thereof, Defendants filed contemporaneously a memorandum of points and authorities.

Respectfully submitted this 27th day of September 2013.

By: /s/ Jarrod S. Mendel
Jarrod S. Mendel
Georgia Bar No. 435188
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5713 (Telephone)
(404) 443-5687 (Facsimile)
jmendel@mcguirewoods.com

*Attorneys for Defendants America's Wholesale Lender, Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58,<br><br>Defendants. | CIVIL ACTION NO.<br>1:13-CV-03159-TWT<br><br>Removed from the Superior Court of Fulton County, Georgia Case No. 2013CV28015 |

**<u>CERTIFICATE OF SERVICE, FONT AND MARGINS</u>**

I hereby certify that on September 27, 2013, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of the Court using the CM/ECF System which will electronically deliver a copy to the parties of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Jarrod S. Mendel
Jarrod S. Mendel
Georgia Bar No. 435188