**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANET HILL.<br><br>Plaintiff,<br><br>V.<br><br>AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58,<br><br>Defendants. | Civil Action No. 1:13-CV-03159-TWT |

**VOLUNTARY DISMISSAL**

Please take notice that plaintiff *Janet Hill* discontinues the above-entitled action and dismisses the complaint without prejudice pursuant to Fed. R. Civ. P. 41.

This 13th day of February, 2014.

Respectfully submitted,

/s/Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789
Attorney for Plaintiff
4567 Rockbridge Road #1537

**CERTIFICATION OF COUNSEL**

I hereby certify that the foregoing *Voluntary Dismissal* has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1

This 13th day of February, 2014.

Respectfully submitted,

/s/Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789
Attorney for Plaintiff

The Law Office of Deirdre M Stephens-Johnson
4567 Rockbridge Road #1537
Pine Lake, GA 30072
Telephone Number: 404-537-3002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANET HILL.<br><br>Plaintiff,<br><br>V.<br><br>AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58,<br><br>Defendants. | Civil Action No. 1:13-CV-03159-TWT |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the within *Voluntary Dismissal* was served by electronic filing through the CMF/ECF to Defendant's counsels of record.

This 13th day of February, 2014.

Respectfully submitted,

/s/Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789
Attorney for Plaintiff
4567 Rockbridge Road #1537
Pine Lake, GA 30072
Telephone Number: 404-537-3002